## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

APR 2 3 2013

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LUIS MIGUEL YANEZ-LOPEZ (2),

Defendant.

CASE NO. 13CR0888-W

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

\_\_\_  an indictment has been filed in another case against the defendant and
the Court has granted the motion of the Government for dismissal of
this case, without prejudice; or

\_\_\_  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal,
without prejudice; or

\_\_\_  the Court has granted the motion of the defendant for a judgment of
acquittal; or

\_\_\_  a jury has been waived, and the Court has found the defendant not
guilty; or

\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

31:5332(a)and(b);18:2; 31:5332(b)(2) - Bulk Cash Smuggling; Aiding

And Abetting; Criminal Forfeiture

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/23/13

Thomas J. Whelan
U.S. District Judge